**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7768**

_____

KENT D. TILLMAN,

                                   Plaintiff - Appellant,

      versus

MERRY COPLIN, Warden, Maryland Reception,
Diagnostic and Classification Center; PATRICIA
GOINS, Officer; C. SIMMONS, CCMS II; G. JONES,
Correctional Officer, III; WILLIAM L. SMITH,
Warden; JAMES B. MURPHY, Security Chief; APRIL
NORTH, Chief Psychiatrist; UNKNOWN INDIVIDUAL
MEMBERS OF M.R.D.C.C. AND M.H.C. ANNEX CLASSI-
FICATION TEAMS AND DEPARTMENTS, All Defendants
in their official and individual capacities,

                                   Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-96-
938-PJM)

_____

Submitted:  April 17, 1997        Decided:  April 29, 1997

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kent D. Tillman, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Wendy Ann Kronmiller, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tillman v. Coplin, No. CA-96-938-PJM (D. Md. Nov. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3